IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRI-ARC FINANCIAL SERVICES, INC. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 16-2681 |
| EVANSTON INSURANCE COMPANY, ET AL. | : | |
| | : | |

# O R D E R

**AND NOW**, this 8th day of December, 2016, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint (ECF No. 15), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendants' Motion is treated as a Motion for Judgment on the Pleadings.

2. Defendants' Motion is **GRANTED**.

3. All claims against Defendants are **DISMISSED**.

4. The Clerk of Court is directed to mark this case closed.

**IT IS SO ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**