IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRI-ARC FINANCIAL SERVICES INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EVANSTON INSURANCE COMPANY, ET AL,)<br>)<br>Defendants. ) | Case Number 16-2681 |

## NOTICE OF APPEAL

Notice is hereby given that Tri-Arc Financial, Inc. ("Tri-Arc"), plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the December 8, 2016 Order [Dkt. 21], and the Memorandum stating the reasons therefor [Dkt. 20] granting defendants' motion to dismiss (treated as a motion for judgment on the pleadings), dismissing all claims of Tri-Arc against defendants, and ordering the Clerk of the Court to mark the case as closed.

Respectfully submitted,

**THE MURPHY LAW FIRM**


By  s/ Mark D. Murphy
　　**MARK D. MURPHY**, KS#13129
　　mmurphy@mlf-llc.com
　　14221 Metcalf Avenue, Suite 130
　　Overland Park, Kansas 66223-3301
　　(913) 647-8090
　　Fax (913) 667-2435

        **THOMAS J. GREGORY**, PA # 38104
        **O'CONNOR KIMBALL LLP**
        tgregory@okllp.com
        Two Penn Center Plaza, Suite 1100
        1500 John F. Kennedy Boulevard
        Philadelphia, PA 19102
        (215) 564-0400
        Facsimile: (215) 564-1973

        Attorneys for Plaintiff Tri-Arc Financial Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of December 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    R. Bruce Morrison, Esq.
    Marshall, Dennehey, Warner, Coleman & Goggin
    2000 Market Street, Suite 2300
    Philadelphia, Pennsylvania  19103

    Attorney for Defendants Evanston Insurance Company and
    Markel Service, Incorporated

I further certify that I emailed and mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

    None.

        **THE MURPHY LAW FIRM**

        By__s/ Mark D. Murphy_____
          **MARK D. MURPHY**, KS #13129
          mmurphy@mlf-llc.com
          14221 Metcalf Avenue, Suite 130
          Overland Park, Kansas 66223-3301
          (913) 647-8090
          Fax (913) 667-2435

        Attorneys for Plaintiff Tri-Arc Financial Services, Inc.